IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DENISE MARIE ROHRBACH,<br><br>　　　　Defendant.<br>_____/ | No. CR 09-00736 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |

　　　The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect.  Accordingly,

　　　Defendant Denise Marie Rohrbach's plea of guilty is accepted by the Court as to Count One of the Indictment charging Defendant Denise Marie Rohrbach with Possession of Stolen Firearm in violation of 18 U.S.C. § 922(j).

Dated: 2/24/10

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: LB; USPO, Wings